LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
　1420 E. Cooley Dr., Suite 100
　Colton, California 92324
　Telephone: (909) 954-2380
　Facsimile: (909) 796-3402
　E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| SHARIE CRONK SNEDDON, | No: 8:23-cv-02487-PD |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| MARTIN O'MALLEY[1] Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), which is fully incorporated herein,

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND FIVE HUNDRED AND THIRTY DOLLARS AND 79/100 ($4,530.79) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: June 25, 2024         /s/ Patricia Donahue

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin O'Malley is substituted for his predecessor as the defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).